IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| FIRST DATA GOVERNMENT | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**DISCLOSURE OF INTERESTED PARTIES UNDER FED. R. CIV. P. RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff (a private, non-governmental party) certifies that no corporate parents, affiliates and/or subsidiaries of said party are publicly held.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
Daniel F. Wolcott, Jr. (#284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel.: 302-984-6000
Fax: 302-658-1192
dwolcott@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Sandata Technologies, Inc.*

OF COUNSEL:

Peter F. Felfe
Daniel M. Gantt
Thorsten Schmidt
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel.: 212-318-3000
Fax: 212-318-3400

Dated: February 12, 2007
777436