IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-79-UNA |
| ) | |
| FIRST DATA GOVERNMENT ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Peter F. Felfe, Daniel M. Gantt, and Thorsten Schmidt, of Fulbright & Jaworski L.L.P., 666 Fifth Avenue, New York, NY 10103 to represent plaintiff, Sandata Technologies, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
Daniel F. Wolcott, Jr. (# 284)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated:  February 13, 2007
777563/31202

*Attorneys for Plaintiff Sandata Technologies, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 13, 2007     Signed: /s/ Peter F. Felfe
                                    Peter F. Felfe
                                    Fulbright & Jaworski L.L.P.
                                    666 Fifth Avenue
                                    New York, NY 10103-3198
                                    Telephone: 212-318-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 13, 2007        Signed: /s/ Daniel M. Gantt
                                       Daniel M. Gantt
                                       Fulbright & Jaworski L.L.P.
                                       666 Fifth Avenue
                                       New York, NY 10103-3198
                                       Telephone: 212-318-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 13, 2007     Signed: */s/ Thorsten Schmidt*
                                    Thorsten Schmidt
                                    Fulbright & Jaworski L.L.P.
                                    666 Fifth Avenue
                                    New York, NY 10103-3198
                                    Telephone: 212-318-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 13, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF:

First Data Government Solutions, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

                                                 By:  */s/ David E. Moore*
                                                     Daniel F. Wolcott, Jr.
                                                     David E. Moore
                                                   Hercules Plaza, 6th Floor
                                                   1313 N. Market Street
                                                   Wilmington, Delaware 19899-0951
                                                   (302) 984-6000
                                                   dwolcott@potteranderson.com
                                                   dmoore@potteranderson.com

695031