IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA GOVERNMENT SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 07-79-GMS |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to approval of the court, that the time for defendant, First Data Government Solutions, Inc. to answer, move or otherwise respond to the Complaint be extended to and including April 5, 2007.

Defendant's counsel have recently been retained by Defendant, and are investigating the Complaint.

POTTER ANDERSON & CORROON LLP       FISH & RICHARDSON P.C.

By: __/s/ David E. Moore__                               By: __/s/ Timothy Devlin__
    David E. Moore (#3983)                             William J. Marsden, Jr. (#2247)
    Daniel F. Wolcott, Jr. (#284)                       Timothy Devlin (#4241)
    Hercules Plaza, 6th Floor                            919 N. Market Street, Suite 1100
    1313 N. Market Street                                    P.O. Box 1114
    P.O. Box 951                                                   Wilmington, DE 19801
    Wilmington, DE 19801                                  (302) 652-5070
    (302) 984-6000                                               marsden@fr.com
    dmoore@potteranderson.com                     tdevlin@fr.com
    dwolcott@potteranderson.com

Attorney for Plaintiff                                         Attorney for Defendant
Sandata Technologies, Inc.                             First Data Government Solutions, Inc.

       IT IS SO ORDERED this ___ day of _____, 2007.

                                                _____
                                                United States District Judge