IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANDATA TECHNOLOGIES, INC.,

        Plaintiff,

    v.

FIRST DATA GOVERNMENT
SOLUTIONS, INC.,

        Defendant.

Civil Action No. 07-79-GMS

## STIPULATION AND ORDER EXTENDING TIME

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the respective parties, and subject to approval of the court, that the time for

defendant, First Data Government Solutions, Inc. to answer, move or otherwise respond

to the Complaint be extended to and including April 20, 2007.  The parties are currently

discussing possible resolution of the case.


POTTER ANDERSON & CORROON LLP    FISH & RICHARDSON P.C.


By:   */s/ David E. Moore*           By:   */s/ Timothy Devlin*
    David E. Moore (#3983)            William J. Marsden, Jr. (#2247)
    Daniel F. Wolcott, Jr. (#284)       Timothy Devlin (#4241)
    Hercules Plaza, 6th Floor         919 N. Market Street, Suite 1100
    1313 N. Market Street           P.O. Box 1114
    P.O. Box 951                Wilmington, DE  19801
    Wilmington, DE  19801        (302) 652-5070
    (302) 984-6000              marsden@fr.com
    dmoore@potteranderson.com     tdevlin@fr.com
    dwolcott@potteranderson.com

Attorney for Plaintiff             Attorney for Defendant
Sandata Technologies, Inc.       First Data Government Solutions, Inc.


      IT IS SO ORDERED this ___ day of _____, 2007.


                           _____
                           United States District Judge