IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA GOVERNMENT SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 07-79-GMS |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to approval of the court, that the time for defendant, First Data Government Solutions, Inc. to answer, move or otherwise respond to the Complaint be extended to and including May 4, 2007. The parties are currently discussing possible resolution of the case.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Daniel F. Wolcott, Jr. (#284)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    dmoore@potteranderson.com
    dwolcott@potteranderson.com

Attorney for Plaintiff
Sandata Technologies, Inc.

FISH & RICHARDSON P.C.

By: */s/ Timothy Devlin*
    William J. Marsden, Jr. (#2247)
    Timothy Devlin (#4241)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19801
    (302) 652-5070
    marsden@fr.com
    tdevlin@fr.com

Attorney for Defendant
First Data Government Solutions, Inc.

IT IS SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge