IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA GOVERNMENT SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 07-79-GMS |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to approval of the court, that the time for defendant, First Data Government Solutions, Inc. to answer, move or otherwise respond to the Complaint be extended to and including June 1, 2007. The parties are currently discussing possible resolution of the case.

| POTTER ANDERSON & CORROON LLP | FISH & RICHARDSON P.C. |
|---|---|
| By: _/s/ David E. Moore_<br>David E. Moore (#3983)<br>Daniel F. Wolcott, Jr. (#284)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>dwolcott@potteranderson.com | By: _/s/ Timothy Devlin_<br>William J. Marsden, Jr. (#2247)<br>Timothy Devlin (#4241)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19801<br>(302) 652-5070<br>marsden@fr.com<br>tdevlin@fr.com |
| Attorney for Plaintiff<br>Sandata Technologies, Inc. | Attorney for Defendant<br>First Data Government Solutions, Inc. |

IT IS SO ORDERED this ___ day of May, 2007.

_____
United States District Judge