IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA GOVERNMENT SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 07-79-GMS <br><br> **JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL

WHEREAS, plaintiff, Sandata Technologies, Inc. and defendant First Data Government Solutions, Inc., as indicated by the signature of counsel appearing below, have agreed to the dismissal of First Data Government Solutions, Inc. from this action pursuant to Federal Rule of Civil Procedure 41 and subject to the terms of this Order and a confidential settlement agreement, dated July 17, 2007,

NOW, THEREFORE, it is ordered as follows:

1. The claims by Sandata Technologies, Inc. against First Data Government Solutions, Inc. are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims as between Sandata Technologies and First Data Government Solutions, Inc.

**STIPULATED AND AGREED**

| POTTER ANDERSON & CORROON LLP | FISH & RICHARDSON P.C. |
|---|---|
| By: */s/ David E. Moore* <br> Daniel F. Wolcott, Jr. (#284) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE  19801 <br> (302) 984-6000 <br> Email:  dwolcott@potteranderson.com <br> Email:  dmoore@potteranderson.com <br><br> Peter F. Felfe <br> Daniel M. Gantt <br> Thorsten Schmidt <br> Fulbright & Jaworski L.L.P. <br> 666 Fifth Avenue, 31st Floor <br> New York, NY  10103 <br><br> *Counsel for Plaintiff* <br> *Sandata Technologies, Inc.* | By: */s/ Timothy Devlin* <br> William J. Marsden, Jr. (#2247) <br> Timothy Devlin (#4241) <br> Gregory Booker (#4784) <br> 919 N. Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE  19801 <br> (302) 652-5070 <br> Email:  marsden@fr.com <br> Email:  tdevlin@fr.com <br> Email:  booker@fr.com <br><br> *Counsel for Defendant* <br> *First Data Government Solutions, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Gregory M. Sleet

809987